IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACKSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>N. AKABIKE,<br><br>                              Defendant. | Case No. 1:19-cv-01442-NONE-EPG (PC)<br><br>ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 24) |

Before the Court is Defendant's request to continue the scheduling conference in light of the COVID-19 crisis. (ECF No. 24.) The Court finds good cause for and will accordingly grant the requested continuance.

IT IS ORDERED that the request to continue the initial scheduling conference (ECF No. 24) is GRANTED. The mandatory initial scheduling conference is continued to **September 2, 2020, at 3:00 p.m.** All associated deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **July 7, 2020**                                        /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE

1