# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. AKABIKE,<br><br>　　　　Defendant. | Case No. 1:19-cv-01442-NONE-EPG (PC)<br><br>ORDER VACATING DISCOVERY AND STATUS CONFERENCE<br><br>(ECF No. 31) |

On September 3, 2020, the Court set a telephonic discovery and status conference. (ECF No. 31.) The conference is currently set for March 29, 2021, at 1:30 p.m. (*Id.*)

In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the telephonic discovery and status conference is VACATED. This order does not alter the March 1, 2021 deadline to file motions to compel and the March 15, 2021 deadline to file responses to motions to compel.[1]

IT IS SO ORDERED.

　　Dated:  **February 15, 2021**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] If after reviewing a motion to compel the Court determines that a hearing would be beneficial, the Court will set a hearing on the motion.