1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN JACKSON,                           Case No.  1:19-cv-01442-NONE-EPG

12                    Plaintiff,

13        v.                                 ORDER DIRECTING RESPONSE TO
                                             PLAINTIFF'S MOTION TO ORDER
14   N. AKABIKE,                             DEFENDANT TO CEASE ALL
                                             INTIMIDATION TACTICS
15                    Defendant.
                                             (ECF No. 34)
16

17

18          Plaintiff John Jackson ("Plaintiff") is a state inmate proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

20          On April 26, 2021, Plaintiff filed a Motion to Order Defendant to Cease All Intimidation

21   Tactics. (ECF No. 34.) In the motion, Plaintiff represents that Defendant has repeatedly requested

22   production of documents that have already been produced. (*Id.*) Plaintiff requests that the Court

23   order Defendant to stop requesting the same information. (*Id.*)

24          The Court construes Plaintiff's motion as a request for a protective order pursuant to

25   Federal Rule of Civil Procedure 26(c) and will direct Defendant to respond to the motion.

26          Accordingly, IT IS HEREBY ORDERED that:

27       1.  Defendant is directed to respond to Plaintiff's Motion to Order Defendant to Cease All

28          Intimidation Tactics (ECF No. 34) within twenty-one days from the date of service of

                                              1

the motion pursuant to Eastern District Local Rule 230(l); and

2. Plaintiff may file a reply in support of the motion within seven days of Defendant's response.

IT IS SO ORDERED.

Dated:   **April 27, 2021**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2