| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JOHN JACKSON, | Case No. 1:19-cv-01442-NONE-EPG (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE BY SIXTY DAYS |
| N. AKABIKE, | |
| Defendant. | (ECF No. 37) |

Plaintiff John Jackson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. Currently before the Court is Defendant N. Akabike's ("Defendant") motion to modify the scheduling order to extend the dispositive motion deadline by sixty days. (ECF No. 37.)

This is Defendant's first request to modify the Scheduling Order in this case. In the motion, Defendant's counsel explains that he needs an additional sixty days to secure declarations to support and complete Defendant's motion for summary judgment. (ECF No. 37.)

The Court finds good cause to grant Defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 37) to modify the Scheduling Order in this case is GRANTED;

1

2. The Scheduling Order (ECF No. 31) is modified and the deadline for filing dispositive motions is extended to August 2, 2021;

3. The expert disclosure deadline remains set for December 5, 2021, the rebuttal expert disclosure deadline remains set for January 5, 2022, Plaintiff's pretrial statement remains due by February 3, 2022, Defendant's pretrial statement remains due by March 4, 2022, and the Telephonic Trial Confirmation Hearing remains set for April 6, 2022, at 8:15 AM in Courtroom 4 (NONE); and

4. All other terms and conditions of the Scheduling Order (ECF No. 31) remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 25, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE