UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>N. AKABIKE,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-01442-JLT-EPG (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND RELATED DEADLINES<br><br>(ECF No. 31) |

Plaintiff John Jackson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

A Telephonic Trial Confirmation Hearing is currently set for April 6, 2022.[1] (ECF No. 31; *see also* ECF Nos. 38, 41.) Additionally, the Scheduling Order sets deadlines related to the Telephonic Trial Confirmation Hearing for, in relevant part, filing motion(s) for the attendance of confined witnesses and oppositions to the same, submitting money orders for the Marshals Service to serve unconfined witnesses who refuse to testify, notifying the Court of the names and locations of Plaintiff's witnesses, and filing pretrial statements. (ECF No. 31.)

Defendant's motion for summary judgment is currently pending before the Court. (ECF No. 42.) The Court will therefore vacate the Telephonic Trial Confirmation Hearing and related deadlines, to be reset following a final ruling on the motion for summary judgment if necessary.

---

[1] A trial date has not been set in this case.

1

Accordingly, IT IS HEREBY ORDERED that the Telephonic Trial Confirmation Hearing currently set for April 6, 2022, and the related deadlines for filing motion(s) for the attendance of confined witnesses and oppositions to the same, submitting money orders for the Marshals Service to serve unconfined witnesses who refuse to testify, notifying the Court of the names and locations of Plaintiff's witnesses, and filing pretrial statements as set forth in the Scheduling Order (ECF No. 31) are hereby VACATED, to be reset following a final order on Defendant's motion for summary judgment if necessary.

IT IS SO ORDERED.

Dated: __February 14, 2022__        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE